UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HALEVI ENTERPRISES LLC,
           Plaintiff,

v.

SANDERLING HEALTHCARE, LLC,
           Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 10003 (VB)

      Defendant removed this action from Supreme Court, Sullivan County, on November 23, 2022. (Doc. #1).

      On December 16, 2022, defense counsel filed a letter-motion, jointly with counsel for plaintiff, to request an adjournment of the initial conference scheduled for January 3, 2023, at 11:30 a.m. (Doc. #6).

      The motion is GRANTED. **The initial conference in this action is adjourned to February 9, 2023, at 12:30 p.m., to proceed in person at the White Plains Courthouse, Courtroom 620.**

      The deadline for the parties to submit a Proposed Civil Case Discovery Plan and Scheduling Order is also adjourned to February 2, 2023.

      To date, plaintiff has not filed a notice of appearance in this action. By December 21, 2022, plaintiff's counsel must file his notice of appearance.

      Counsel for defendant is directed to serve this Order, as well as the Notice of Initial Conference (Doc. #5) on plaintiff's counsel by email by December 19, 2022, and to file proof of such service on the ECF docket by same date.

Dated: December 19, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge