UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HALEVI ENTERPRISES LLC,
           Plaintiff,

v.

SANDERLING HEALTHCARE, LLC,
           Defendant.
-----------------------------------------------------------------x
SANDERLING HEALTHCARE, LLC,
           Plaintiff,

v.

HALEVI ENTERPRISES LLC,
           Defendant.
-----------------------------------------------------------------x

**ORDER**

22 CV 10003 (VB)

23 CV 3558 (VB)

2/28/24

    The Court having So Ordered the Confidentiality Stipulation and Protective Order, dated February 29, 2024, in each of the above-captioned related cases, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: February 29, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge