USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HALEVI ENTERPRISES, LLC,
                 Plaintiff,       :
v.                              :
                                :
SANDERLING HEALTHCARE, LLC,
                 Defendant.    :

**ORDER OF DISMISSAL**

22 CV 10003 (VB)

------------------------------------------------------------x
SANDERLING HEALTHCARE, LLC,
                 Plaintiff,       :
v.                              :

23 CV 3558 (VB)

                                :
HALEVI ENTERPRISES, LLC,
                 Defendant.    :
------------------------------------------------------------x

        The Court has been advised that the parties have reached a settlement in principle in these

cases.  (Doc. #63 in 22-cv-10003; Doc. #61 in 23-cv-3558).  Accordingly, it is hereby

ORDERED that these actions are dismissed without costs, and without prejudice to the right to

restore the actions to the Court's calendar, provided the application to restore these actions is

made by no later than September 12, 2025.  To be clear, any application to restore these actions

must be filed by September 12, 2025, and any application to restore the actions filed thereafter

may be denied solely on the basis that it is untimely.

        All other deadlines, scheduled conferences, or other appearances are cancelled.

        The Clerk is instructed to close these cases.

Dated: July 14, 2025
       White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge